**IT IS ORDERED as set forth below:**

Date: March 6, 2020

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 7 |
| PRESTON CLAY FENTON, | : | CASE NO.: 18-67533-JWC |
| Debtor. | : | |
| | : | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | : | ADVERSARY PROCEEDING CASE NO.: 19-05228-JWC |
| Plaintiff, | : | |
| v. | : | |
| PRESTON CLAY FENTON, | : | |
| Defendant. | : | |

Filed in Clerk's Office and a true copy certified this 27 day of Jan., 2021
M. REGINA THOMAS, CLERK
By: _____ Deputy Clerk

**CONSENT JUDGMENT ON COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6) AND OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(5)**

IT APPEARING that Caterpillar Financial Services Corporation ("CFSC") filed a Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6) and Objection to Discharge Pursuant to 11 U.S.C. § 727(a)(5) (the "Complaint"); and

IT APPEARING that CFSC avers that certain of the sums owed by Preston Clay Fenton (the "Debtor") as set forth in the Complaint and addressed herein are non-dischargeable in bankruptcy and should be excepted from discharge. The parties hereby agree as follows:

1. The Debtor consents to judgment ("Consent Judgment") in favor of CFSC in the principal amount of $27,000.00 together with post-judgment interest as to the Caterpillar 239D Compact Track Loader, Serial No. BL900363, with Manual Quick Coupler and 66" GP Bucket (the "Non-Dischargeable Debt") and agrees that said amount is non-dischargeable in bankruptcy under 11 U.S.C. § 523(a)(6) and, as such, is excepted from discharge in this case and any case filed under Title 11 of the United States Code.

2. The Debtor will cooperate with CFSC to facilitate the recovery and repossession of the Caterpillar 239D Compact Track Loader, Serial No. BL900363, with Manual Quick Coupler and 66" GP Bucket (the "Loader") and any proceeds received by CFSC from the sale of the Loader, less and except the fees and costs associated with the recovery and sale, shall be applied to the Non-Dischargeable Debt.

3. The Non-Dischargeable Debt shall be paid by the Debtor directly to CFSC as follows:

    (a) Commencing not later than January 1, 2020, the Debtor shall pay thirty-six (36) equal installments in the sum of $350.00 per month and continuing on the first day of each month thereafter through January 1, 2023. All remaining amounts due under the Non-Dischargeable Debt shall be due in full one month after the last payment.

    (b) All payments required herein shall be mailed to CFSC at the following address so as to be received by the due date above: Caterpillar Financial Services Corporation, Attn: Ms. Tracey Luke, 2120 West End Avenue, P.O. Box 34001, Nashville, Tennessee 37203-0001.

4. TIME IS OF THE ESSENCE in this Consent Judgment. Provided the Debtor makes the payments as set forth above and complies with all of the terms contained herein, CFSC agrees not to execute on the Consent Judgment or otherwise pursue collection. In the

event the Debtor does not comply with all of the terms contained in this Consent Judgment, CFSC may notify the Debtor of the default by sending a Notice of Default ("Notice") by first class and certified mail notifying the debtor and his attorney of the default and providing the Debtor five (5) days to cure the default from the date any Notice is sent.

5. For purposes of the Notice, the addresses to be used are as follows:

| | |
|---|---|
| **CFSC:** | Caterpillar Financial Services Corporation<br>c/o Ms. Tracey Luke<br>2120 West End Avenue<br>P.O. Box 34001<br>Nashville, TN 37203-0001 |
| **Debtor:** | Preston Clay Fenton<br>1035 Chateau Forest<br>Hoschton, GA 30548 |
| **With a copy to:** | George R. Belche, Esq.<br>George R. Belche, Attorney at Law, LLC<br>189 West Pike Street<br>Suite 103<br>Lawrenceville, GA 30046 |

6. If the Debtor fails to cure the default within time specified in paragraph 4, CFSC shall be entitled to collect the full outstanding amount of the Non-Dischargeable Debt and shall be entitled to resort to all collection remedies available under applicable law, including, but not limited to, collection of all accrued post-judgment interest, if any, and all applicable attorneys' fees and costs of collection. Furthermore, if the Debtor's default occurs during the pendency of the bankruptcy case, CFSC may, if applicable, submit an Affidavit of Default, the Notice of Default and an Order Lifting the Stay and the Court may lift the stay without further notice or hearing.

7. CFSC may, if applicable, obtain a Writ of Execution on this Consent Judgment on proper request to the Clerk and may record the Consent Judgment as a lien on any and all real and personal property and the automatic stay is hereby modified to allow CFSC to obtain a Writ

and record the same. CFSC shall not execute the Writ for so long as the Debtor is in compliance with the terms of this Consent Judgment.

8. Upon timely receipt of the total amount of the Non-Dischargeable Debt, CFSC shall accept that sum as payment in full of the Consent Judgment and CFSC shall mark the Consent Judgment as satisfied. Therefore it is hereby

ORDERED that this agreement of the parties be made Order of this Court.

END OF DOCUMENT

Prepared and submitted by:

/s/ Ron C. Bingham, II
Ron C. Bingham, II
Georgia Bar No. 057240
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3701 – Telephone
ron.bingham@arlaw.com
Attorneys for Caterpillar Financial Services Corporation

Consented to by:

/s/ George R. Belche
George R. Belche, Esq.
Georgia Bar No. 047112
George R. Belche Attorney at Law, LLC
(by Ron C. Bingham, II w/express permission)
189 West Pike Street, Suite 103
Lawrenceville, Georgia 30046
(770) 963-3117  - Telephone
Email: gbelche@belchelawfirm.com
Attorney for the Debtor

Distribution List:

Ron C. Bingham, II, Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326



Preston Clay Fenton
1035 Chateau Forest
Hoschton, GA 30548

George R. Belche
George R. Belche, Attorney at Law, LLC
189 West Pike Street
Suite 103
Lawrenceville, GA 30046

Martha A. Miller
Martha Miller Law, LLC
P. O. Box 5630
Atlanta, GA 31107

Filed in Clerk's Office and a true copy certified this 27 day of Jan, 2021.
M. REGINA THOMAS, CLERK
By: _____
Deputy Clerk

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01263824 (HD) OF 01/27/2021


ITEM  CODE  CASE            QUANTITY                    AMOUNT    BY

   1  CE1   19-05228              1                    $ 11.00   Check/MO
              Judge  - Jeffery W. Cavender
              Debtor - PRESTON CLAY FENTON
   2  CO    19-05228              5                    $  2.50   Check/MO
              Judge  - Lisa Ritchey Craig
              Debtor - COHEN MICHAEL HALL


TOTAL:                                                 $ 13.50


FROM: Adams and Reese LLP
      xx
      xx
      xx
```